UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
DREW WEBER,
              Plaintiff,                CIVIL ACTION NO.
v.                                      06-10125-JLA

KURT SANBORN; PLAY BALL
MANCHESTER, L.L.C.,
SANBORN ASSOCIATES; THE SANBORN
GROUP, INC.; GERALD R. PRUNIER;
ANDREW A. PROLMAN; THOMAS J.
LEONARD III; PRUNIER, LEONARD &
PROLMAN, P.A.

              Defendants.
```

DEFAULT JUDGMENT

Joyce London Alexander, M.J.

Defendants Kurt Sanborn, Play Ball Manchester, L.L.C., Sanborn Associates and The Sanborn Group, Inc. ("the Sanborn Defendants") having failed to plead or otherwise defend in this action and their defaults having been entered,

Now, upon the application of the plaintiff and the associated affidavits demonstrating that the Sanborn Defendants, jointly and severally owe plaintiff the sum of $7,749,000.00, that none of the Sanborn Defendants is an infant or incompetent person or in the military service of the United States, that the plaintiff has incurred costs in the sum of $268.20, and that there is no just reason for delay to enter a final judgment

Page -1-

against the Sanborn Defendants on Count III, or of the complaint

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from the Sanborn Defendants, jointly and severally, with regard to Count III only of the complaint, the principal amount of $7,749,000.00, with costs in the amount of $268.20 and prejudgment interest at the rate of 12% from January 20, 2006 to October 4, 2006 in the amount of $654,754.90 for a total judgment of $8,404,023.10, with post judgment interest as provided by law.



Joyce London Alexander
U.S. Magistrate Judge

Dated: October 4, 2006

Note: The post judgment interest rate effective this date is 5.07%.