# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Drew Weber
_____
Plaintiff

v.            Civil Action No. 1:06-MC-058-JM

Kurt Sanborn, Play Ball Manchester, LLC, The Sanborn Group, Inc.,
_____ Sanborn Associates
Defendant(s)

## WRIT OF ATTACHMENT AND TRUSTEE PROCESS

*To the Sheriff of any County or his Deputy, or any other person*

We Command You to attach the following goods or estate of Kurt Sanborn, Play Ball Manchester, LLC, The Sanborn Group, Inc., Sanborn Associates of      in the County of     , and State

of New Hampshire, to the value of Eight Million, Five Hundred Thousand    dollars. ($8,500,000.00)

This attachment includes, but is not limited to, any and all property owned by Kurt Sanborn, Play Ball Manchester, LLC, The Sanborn Group, Inc. and Sanborn Associates

We Also Command You to attach the money, goods, chattels, rights, and credits of the said

Kurt Sanborn, Play Ball Manchester, LLC, The Sanborn Group, Inc., Sanborn Associates in the hands of , of      , in the

County of      , and State of New Hampshire, to the value of

Eight Million, Five Hundred Thousand ($8,500,000.00) dollars, and summons said

Kurt Sanborn, Play Ball Manchester, LLC, The Sanborn Group, Inc., Sanborn Associates if to be found in your precinct, to appear in said COURT, within fourteen days after service upon said trustee, and show cause, if any, s/he has, why

execution should not issue against him/her for the judgment which may be recovered by said plaintiff against

principal defendant and make return of this writ, with your doings therein.

The attachment(s) herein is/are to secure any Judgment or Decree the plaintiff may obtain in this action.

*Witness, Steven J. McAuliffe, Esquire, the*        *day of*     *, A.D. 20*

...........Drew Weber...........Indorser

By ....../S/...................Attorney
Craig S. Donais, Esq.
3 Executive Park Drive, $9
Bedford, NH 03110 603-634-4300

James R. Starr, Clerk of Court

USDCNH-83 (4-03)

## RETURNS OF SERVICE

**Real Estate Attachment**

_____, SS. _____, 20\_\_

     I attached all the lands and tenements in the County of _____ of the within named defendant _____ to the extent ordered on the reverse side of this writ, by leaving at the office of the Register of Deeds of said County a true copy of this writ and of this, my return, endorsed thereon, at _____ AM/PM.

        Fees:

                                                       _____
                                                          Deputy Sheriff

Register    $_____
Service      _____
Copy        _____
Travel       _____
              $_____

---

**Trustee Attachment**

_____, SS. _____, 20\_\_

     I attached the money, goods, chattels, rights, and credits of the withing named defendant _____ in the hands and possession of _____ to the extent ordered on the reverse side of this writ, and summoned the said trustee to appear as within commanded by giving in hand to/leaving at the abode of _____ at _____ Street in _____, an attested copy of the within writ at _____ AM/PM.

        Fees:

                                                       _____
                                                          Deputy Sheriff

Register    $_____
Service      _____
Copy        _____
Travel       _____
              $_____

---

**Completion of Service**

_____, SS. _____, 20\_\_

     I notified the within named _____ of above attachment by giving in hand to _____ by leaving at the abode of _____ at _____ Street in _____ an attested copy of this writ, together with my return endorsed thereon at _____ AM/PM

        Fees:

                                                       _____
                                                          Deputy Sheriff

Register    $_____
Service      _____
Copy        _____
Travel       _____
              $_____

USDCNH-83 (4-03)